JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMAL DONNELL WILLIAMS, | ) | No. CV 09-03093-DSF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BEN CURRY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 11/8/10

*[signature: Dale S. Fischer]*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE